STATE OF CONNECTICUT *v.* EDWARD J. GOODWIN, SR.

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Edward H. Kenyon,* in support of the petition.

Submitted September 20—decided October 6, 1965

STATE OF CONNECTICUT *v.* JOHN W. MALLETTE III

The motion by the defendant to reduce the amount of bond on the appeal from the Superior Court in Fairfield County is dismissed.

*John W. Mallette III,* pro se, in support of the motion.

Submitted September 7—decided October 6, 1965